**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7594**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELLUS LAROUS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CR-98-7-FO)

———————

Submitted: November 8, 2001      Decided: November 21, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ellus Larous, Appellant Pro Se.  Michael Gordon James, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellus Larous appeals the district court's orders denying his motion filed under 18 U.S.C.A. § 3582 (West 2000) and his motion for reconsideration of that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Larous</u>, No. CR-98-7-FO (E.D.N.C. Aug. 1 & 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>